## UNITED STATES BANKRUPTCY COURT

In re   Ridgecrest Estates, L.P.   , Debtor                Case No._____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| US Bankcorp CDC<br>1307 Washington Avenue<br>Suite 300<br>St. Louis, MO 63103 | | Bank Loan | | Unknown |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY

I, John Harpole, the managing member of Ridgecrest Management, LLC, the general partner of Ridgecrest Estates, L.P., the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date: October 11, 2013                      RIDGECREST ESTATES, L.P., Debtor
                                            By:_____
                                            John Harpole, Managing Member of
                                            Ridgecrest Management, LLC,
                                            General Partner of Ridgecrest Estates, L.P.